1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DONALD M. GAMA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | NO. C12-1764-RAJ <br><br><br> ORDER REMANDING CASE |

14  The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all
15 papers and exhibits filed in support and opposition thereto, the Report and Recommendation of
16 the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the
17 record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is
REMANDED to the Social Security Administration for further proceedings not inconsistent
with the Report and Recommendation.

ORDER REMANDING CASE - 1

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 16th day of September, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER REMANDING CASE - 2